TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
CHELSEE C. JENSEN, ESQ., Nevada Bar No. 14549
cjensen@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:    702.382.2101
Facsimile:    702.382.8135

*Attorneys for Defendant Justin A. Hibbert*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS DAVID LICONA, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN A. HIBBERT, an Individual; DOES 1-100 inclusive; and ROE ENTITIES 1-100 inclusive,<br><br>Defendants. | CASE NO. 2:26-CV-01325<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Carlos David Licona ("**Plaintiff**"), by and through his undersigned counsel of record, and Defendant Justin A. Hibbert ("**Defendant**"), by and through his undersigned counsel of record, stipulate and agree as follows:

1.      Plaintiff sued Defendant in Nevada state court on October 2, 2025. *See* ECF No. 1 at Ex. 1.

2.      Defendant waived service of a copy of the Summons and Complaint on March 31, 2026. *See* ECF No. 1 at Ex. 2.

3.      Defendant removed this matter to Federal Court on April 30, 2026.  ECF No. 1.

4.      Plaintiff has agreed to extend Defendant's deadline to respond to the Complaint to and including June 1, 2026.

**ACCORDINGLY, IT IS HEREBY STIPULATED** that the time for Defendant to respond to the Complaint is extended to and including June 1, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

This is the first request for an extension to Defendant's time to respond to the Complaint. The parties make this stipulation in good faith and without any intent to delay these proceedings.

**IT IS SO STIPULATED.**

DATED this 6th day May, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Travis F. Chance*
TRAVIS F. CHANCE, ESQ.
CHELSEE C. JENSEN, ESQ.

*Attorneys for Defendant Justin Hibbert*

DATED this 6th day of May, 2026.

FRIZELL LAW FIRM, PLLC

BY: */s/ Duane Frizell*
R. DUANE FRIZELL, ESQ.

*Attorneys for Plaintiff Carlos David Licona*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 7, 2026

- 2 -

51352766.1

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** was served via electronic service on Wednesday, May 6, 2026, to the following:

> R. DUANE FRIZELL, ESQ.
> DFrizell@FrizellLaw.com
> FRIZELL LAW FIRM, PLLC
> 400 N. Stephanie St., Suite 265
> Henderson, NV  89014
>
> *Attorneys for Plaintiff Carlos David Licona*

/s/ Paula Kay
An employee of Brownstein Hyatt Farber Schreck, LLP

- 3 -

51352766.1