**R. DUANE FRIZELL, ESQ.**
Nevada Bar No. 9807
**FRIZELL LAW FIRM**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014
Office (702) 657-6000
Fax (702) 657-0065
DFrizell@FrizellLaw.com
*Attorney for Plaintiff*
*Carlos David Licona*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CARLOS DAVID LICONA, an Individual,

        Plaintiff,

v.

JUSTIN A. HIBBERT, an Individual; DOES 1-100 inclusive; and ROE ENTITIES 1-100 inclusive,

        Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CASE NO: 2:26-CV-01325

### STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES FOR DEFENDANT'S MOTION TO DISMISS [Doc 10] (FIRST REQUEST)

Plaintiff CARLOS DAVID LICONA ("Plaintiff" or "Licona") and Defendant JUSTIN A. HIBBERT ("Defendant" or "Hibbert") now tender to the Court this *Stipulation And Order Extending Briefing Deadlines For Defendant's Motion To Dismiss [Doc 10] (First Request)* (the "Stipulation"). In connection with this Stipulation, Plaintiff and Defendant (each a "Party" and collectively the "Parties") hereby STIPULATE and AGREE as follows:

1.     On June 1, 2026, Defendant filed his *Motion to Dismiss Complaint Under Rule 12(b)(6)* (the "Motion").

2.     Plaintiff's original deadline to respond to the Motion falls on June 15, 2026.

3.     Defendant's deadline to reply to Plaintiff's response would be seven (7) days after the response was filed.

1

4.  Given their summer, professional, and personal commitments, the Parties need to extend this briefing schedule.

5.  The Parties agree that Plaintiff's deadline to respond to the Motion shall be extended to June 22, 2026.

6.  The Parties agree that Defendant's deadline to reply to Plaintiff's response shall be July 6, 2026.

7.  This is the first request for an extension on the briefing schedule for the Motion. The parties make this stipulation in good faith and without any intent to delay these proceedings.

**IT IS SO STIPULATED.**

DATED this 15th day of June, 2026.

FRIZELL LAW FIRM, PLLC

BY: */s/ R. Duane Frizell*
R. DUANE FRIZELL, ESQ.

*Attorneys for Plaintiff Carlos David Licona*

DATED this 15th day of June, 2026.

BROWNSTEIN     HYATT     FARBER
SCHRECK, LLP

BY: /s/ Travis F. Chance
TRAVIS F. CHANCE, ESQ.
CHELSEE C. JENSEN, ESQ.

*Attorneys for Defendant Justin Hibbert*

**ORDER**

**IT IS SO ORDERED**.

_____
U.S. DISTRICT COURT JUDGE

DATED:  June 16, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on *June 15, 2026,* I served the foregoing ***STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES FOR DEFENDANT'S MOTION TO DISMISS [Doc 10] (FIRST REQUEST)***, together with any all of its exhibits and other attachments, on interested party(ies) in this action as follows:

Travis F. Chance, Esq.
Chelsee C. Jensen, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
*Attorneys for Defendant Justin A. Hibbert*

**BY ELECTRONIC SERVICE:** I served a true copy, together with any and all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under the Federal Rules of Civil Procedure.

*/s/ Aiqin Niu*
AIQIN NIU, an Employee of
Frizell Law Firm