TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
CHELSEE C. JENSEN, ESQ., Nevada Bar No. 14549
cjensen@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendant Justin A. Hibbert*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS DAVID LICONA, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN A. HIBBERT, an Individual; DOES 1-100 inclusive; and ROE ENTITIES 1-100 inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-01325-GMN-BNW<br><br>**STIPULATION AND ORDER STAYING DISCOVERY PENDING RESOLUTION OF JUSTIN HIBBERT'S MOTION TO DISMISS** |

Plaintiff Carlos David Licona ("**Plaintiff**"), by and through his undersigned counsel of record, and Defendant Justin A. Hibbert ("**Defendant**"), by and through his undersigned counsel of record, stipulate and agree as follows:

1. Plaintiff sued Defendant in Nevada state court on October 2, 2025. *See* ECF No. 1 at Ex. 1.

2. Defendant filed a Motion to Dismiss pursuant to FRCP 12(b)(6) on June 1, 2026. ECF No. 10.

3. Plaintiff opposed the Motion to Dismiss, and Defendant filed a reply. ECF Nos. 14-15.

4. The parties now seek to stay this litigation pending the resolution of the Motion to Dismiss, as the Motion to Dismiss may be decided without further discovery and good cause supports staying discovery until the Motion to Dismiss is resolved. *See Longhini v. Station Casinos*

*LLC*, 2025 WL 2986802, at *1 (D. Nev. Oct. 22, 2025) ("[T]he test this Court considers [when determining if discovery should be stayed pending adjudication of a motion] is (1) whether the dispositive motion can be decided without further discovery, and (2) whether good cause exists to stay discovery.").

5. The Motion to Dismiss can be decided without further discovery; in fact, it must be decided without further discovery.

6. Indeed, the Motion to Dismiss is brought under Federal Rule of Civil Procedure ("**Rule**") 12(b)(6), which standard prohibits a court from considering matters outside of the four corners of the complaint unless the matters are properly subject to judicial notice or incorporated into the complaint by reference. *See United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

7. Good cause supports the issuance of a stay.

8. The Motion to Dismiss seeks to dispose of this litigation in its entirety—or otherwise substantially narrow the claims. *See* ECF No. 10.

9. In the absence of stay, all parties will incur significant undue expense. *See Schrader v. Wynn Las Vegas, LLC, et al.*, 2021 WL 4810324, *4 (D. Nev. Oct. 14, 2021) ("[G]ood cause may exist based on other factors unrelated to the merits of the dispositive motion," including the undue burden and expense of engaging in discovery); *see also Longhini*, 2025 WL 2986802, at *2 (same).

10. Significant discovery expenses are likely to be incurred in the absence of a stay given "the complexity of the claims at issue, the number of claims asserted, [] the number of witnesses including experts, the volume of documents at issue, etc." *See Schrader*, 2021 WL 4810324, at *4 (outlining the foregoing as considerations under the good cause analysis).

11. Plaintiff has asserted seventeen claims against Defendant, including complex claims such as securities fraud and deceptive trade practices, and he has indicated the intent to seek a receivership over ten distinct entities (referred to in the Complaint as the "B10 Entities" in the Complaint). *See* ECF No. 1 at 2 (listing claims); *see also* ECF No. 1-1 at 4, ¶ 9 (identifying the B10 Entities.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

12. Further, while only two parties are currently identified in this litigation, the complaint contemplates the addition of multiple other defendants, naming fictitious defendants "DOES 1-100" and "ROE ENTITIES 1-100."

13. The claims at issue also suggest the existence of multiple fact witnesses, potentially including, *inter alia*, members, officers, or employees of the various B10 Entities. *See* ECF No. 1-1 at 4, ¶ 9.

14. Likewise, the claims at issue pose the potential for expert witnesses, including on issues such as accounting.

15. And this litigation has already promised to be document heavy, as evidenced by the approximate five-year period of relevancy and by the informal disclosure of hundreds of pages of documents by Defendant to Plaintiff before this litigation was filed.

16. Given the foregoing, good cause thus supports staying discovery until the Motion to Dismiss is resolved.

17. The parties stipulate that a stay of discover will not be prejudicial to either party.

18. The parties make this stipulation in good faith and without any intent to delay these proceedings.

19. Nothing in this stipulation is, or should be construed as, a concession as to the merits of any claims or defenses in this matter.

**ACCORDINGLY, IT IS HEREBY STIPULATED** that this matter shall be stayed pending the Court's forthcoming order on the Motion to Dismiss.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

**IT IS FURTHER STIPULATED** that the parties shall file a proposed discovery plan and scheduling order within 30 days of the Court's order resolving the Motion to Dismiss.

**IT IS SO STIPULATED.**

DATED this 30th day of July, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Travis F. Chance*
TRAVIS F. CHANCE, ESQ.
CHELSEE C. JENSEN, ESQ.

*Attorneys for Defendant Justin Hibbert*

DATED this 30th day of July, 2026.

FRIZELL LAW FIRM, PLLC

BY: */s/ R. Duane Frizell*
R. DUANE FRIZELL, ESQ.

*Attorneys for Plaintiff Carlos David Licona*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: July 31, 2026

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER STAYING DISCOVERY PENDING RESOLUTION OF JUSTIN HIBBERT'S MOTION TO DISMISS** was served via electronic service on Thursday, July 30, 2026, to the following:

R. DUANE FRIZELL, ESQ.
DFrizell@FrizellLaw.com
FRIZELL LAW FIRM, PLLC
400 N. Stephanie St., Suite 265
Henderson, NV 89014

*Attorneys for Plaintiff Carlos David Licona*

*/s/ Paula Kay*
An employee of Brownstein Hyatt Farber Schreck, LLP